| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------- X<br>DESHAWN DAWSON, on behalf of himself and  :<br>all others similarly situated,                                   :<br>                                          Plaintiff,  :<br>                  -against-                               :<br>JAECKEL GALLERY LLC,                           :<br>                                          Defendant.  :<br>-------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 4/8/2019<br><br>19-CV-444 (VEC)<br><br><u>ORDER</u> |

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 25, 2019, this Court issued an order directing Plaintiff's counsel to show cause why he should not be sanctioned pursuant to Fed. R. Civ. P. 16(f), 28 U.S.C. § 1927, and/or the inherent powers of the Court for violating the Court's notice of initial pretrial conference and its order of March 20, 2019, *see* Dkt. 9;

WHEREAS on April 5, 2019, Plaintiff's counsel submitted an affidavit and memorandum in response to the Court's order, *see* Dkts. 12-13;

WHEREAS Plaintiff's counsel's affidavit and memorandum indicate that the parties have reached an agreement in principle resolving all issues, *see, e.g.*, Dkt. 12 at 3; *see also* Dkt. 11 (notice of settlement); and

WHEREAS upon considering Plaintiff's counsel's submissions, the Court concludes that it will reserve decision for eighteen months on whether sanctions are warranted,

IT IS HEREBY ORDERED that all previously scheduled conferences and other deadlines are cancelled.

IT IS FURTHER ORDERED that this action will be dismissed with prejudice and without costs (including attorneys' fees) to either party on **May 8, 2019**, unless before that date

one or more of the parties files a letter with the Court requesting that the action not be dismissed and explaining why the action should not be dismissed in light of the parties' settlement. To be clear, any request that the action not be dismissed **must** be filed **before May 8, 2019**; any request filed on or after that date may be denied solely on that basis.

If the parties wish for the Court to retain jurisdiction to enforce their settlement agreement, not later than **May 1, 2019**, they must submit (1) their settlement agreement to the Court in accordance with Rule 5.A of the Court's Individual Practices and (2) a request that the Court issue an order expressly retaining jurisdiction to enforce the settlement agreement. *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

IT IS FURTHER ORDERED that the Court will hold in abeyance the decision whether to impose sanctions for eighteen months from the date of this order. If there are no further instances of non-compliance during that period, no sanction will be imposed. Plaintiff's counsel is warned to be mindful of all future orders from this Court, in this case and in all others.

**SO ORDERED.**

**Date:  April 8, 2019**
     **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**