```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/9/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DESHAWN DAWSON, on behalf of himself and :
all others similarly situated,                                 :
                                                               :
                                        Plaintiff,     :       19-cv-444 (VEC)
                                                               :
            -against-                                  :       ORDER
                                                               :
                                                               :
JAECKEL GALLERY LLC,                                   :
                                                               :
                                        Defendant.     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 5, 2019 (Dkt. 11), the parties notified the Court that they had reached an agreement in principle resolving all issues; and

    WHEREAS on April 8, 2019 (Dkt. 14), the Court ordered that this action would be dismissed with prejudice and without costs (including attorneys' fees) to either party on May 8, 2019, unless one or more parties filed a letter before that date requesting that the action not be dismissed; and

    WHEREAS no party has filed a letter requesting that this action not be dismissed,

    IT IS HEREBY ORDERED THAT this case is DISMISSED with prejudice and without costs (including attorneys' fees) to either party.  The Clerk of Court is respectfully directed to terminate all open motions and close the case.

**SO ORDERED.**

**Date:  May 9, 2019**                                        _____
**        New York, New York**                                **VALERIE CAPRONI**
                                                              **United States District Judge**